1

O

**FILED**
CLERK, U.S. DISTRICT COURT
FEB 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR10-260-JVS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Agajanian, Jonathan Scott | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CDCA_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _lack of bail resources; substance abuse history; history of non compliance with supervision conditions; on going substance abuse problem; lack of amenability to supervision_

and/or

B.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _extensive criminal history record, incl numerous convs for narcotics offenses; probation violation history based on repeated commission of new offenses while under supervision_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 2/17/15

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE